UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

CHARLES E. JOHNSON, )
)
        Petitioner, )
vs. ) 1:10-cv-1196-SEB-TAB
)
EDWIN G. BUSS, )
WENDY KNIGHT, )
C.A PENFOLD, )
)
        Respondents. )

# E N T R Y

This action for habeas corpus relief brought by Charles E. Johnson challenging the prison disciplinary proceeding identified as No. IYC 10-04-04-256 was dismissed with prejudice on September 30, 2010, based on the court's finding from the habeas petition itself that Johnson's claims rest solely on alleged violations of prison regulations and policies and that a claim of this nature does not support federal habeas corpus relief under 28 U.S.C. § 2254(a).

Johnson has filed a motion for reconsideration. That motion was filed with the Clerk on November 19, 2010, more than 28 days after the entry of judgment on the clerk's docket. Accordingly, that motion must be treated as a motion for relief from judgment pursuant to Rule 60(b) of the *Federal Rules of Civil Procedure. See Hope v. United States,* 43 F.3d 1140, 1142 (7th Cir.1994) (a motion to alter or amend a judgment not timely under Rule 59(e) automatically becomes a Rule 60(b) motion).

However, there is a problem with treating the motion to reconsider under Rule 60(b). The problem is that Johnson argues that the court committed a legal error in dismissing the habeas petition. Rule 60(b) specifies the grounds on which relief can be authorized. This list is exclusive. "A legal error is not one of the specified grounds for [a 60(b) motion]. In fact, it is a forbidden ground." *Marques v. FRB,* 286 F.3d 1014, 1018-19 (7th Cir. 2002).

Because of its timing, therefore, Johnson's motion to reconsider must be treated as a motion for relief from judgment pursuant to Rule 60(b). Because of its content, the motion to reconsider does not support relief pursuant to Rule 60(b). That motion (dkt 6) is therefore **denied.**

**IT IS SO ORDERED.**

Date: 11/30/2010

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Charles E. Johnson
#850481
Plainfield Correctional Facility
Inmate Mail/Parcels
727 Moon Rd.
Plainfield, IN 46168